JOSE O. RODRIGUEZ
Reg. No.  03561-265
GEO Group, Inc.  TCI
P.O. Box 7001    A2B
Taft, CA  93268-7001

**FILED**

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ _____ Deputy

Attorney for Defendant
    Jose O. Rodriguez
       [ pro se ]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>              Plaintiff,       )<br>                               )<br>                               )<br>   vs.                         )<br>                               )<br>                               )<br> JOSE O. RODRIGUEZ,            )<br>                               )<br>              Defendant.       )<br>_____) | CIVIL DOCKET NUMBER<br>Ref:  A01-00038 JWS<br>           cr<br>MOTION AND MEMORANDUM<br>OF POINTS AND AUTHORITIES<br>IN SUPPORT OF MODIFICATION<br>OF SENTENCE PURSUANT TO<br>BLAKELY v. WASHINGTON,<br>(UNCONSTITUTIONAL APPLICATION<br>OF 18 U.S.C. §§ 3553, 3582,<br>3583, 3742, et al.) TO THE<br>DEFENDANT/MOVANT'S SENTENCE |

   COMES NOW, Jose O. Rodriguez ("Defendant/Movant"), pro se, pursuant to Federal Rules of Civil and Criminal Procedure, and in particular 18 U.S.C. §§ 3582, 3742, et al., and moves this Court for reduction of his sentence pursuant to Blakely v. Washington, No. 02-1632, wherein and whereby the Supreme Court Ruled that if a court used any aggravating fact that increased a defendant's sentence that was not found by a jury beyond a reasonable doubt above the base offiese level of conviction, it is unconstitutional. And further, as refklected in Booker, such enhancement may not be made without

-1-

231

1  basis in criminal history any additional enhancement, or by
2  finding of a jury to be equally devoid of lawful application
3  of the guidelines.

5     This Motion is based upon the Memorandum of Points and
6  Authorities attached hereto and incorporated as a part of the
7  total pleadings of the Defendant/Movant, including Motion for
8  appointment of counsel, Motion to proceed in forma pauperis,
9  and declaration and sworn affidavit attached thereto.

11    RESPECTFULLY SUBMITTED THIS 7th day of November, 2005.

*[signature: Jose Rodriguez]*

   Jose O. Rodriguez, Defendant
   Appearing herein as pro se

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

United States v. Rodriguez JWS
Ref; Case No. A 01 - 00038 (JSW)

I, __KIRK IRVING KOSKELLA__ hereby certify that I have served a true and correct copy of the following:

Motion for Modification of Sentence
Motion for Appointment of Counsel
Motion to Proceed In Forma Pauperis

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

TIM BURGESS, ESQ.
UNITED STATES ATTORNEY
Office of the U.S. Attorney
Federal Building
Room 253
222 West 7th Avenue, #9
Anchorage, Alaska 99513-7567

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. 1746), That the foregoing is true and correct.

Dated this __8th__ day of __November__, __2005__.

Signature of Party Completing Service
KIRK IRVING KOSKELLA