```
1  JOSE O. RODRIGUEZ
   Reg. No.  03561-265
2  GEO Group, Inc.  TCI
   P.O. Box 7001     A2B
3  Taft, CA  93268-7001
4
5  Attorney for Defendant
      Jose O. Rodriguez
6         [ pro se ]
7
```

**FILED**

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | CIVIL DOCKET NUMBER |
|---|---|---|
| Plaintiff, | ) | Ref:  A01 - 00038 JWS  cr |
| | ) | |
| vs. | ) | PRISONER'S DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| JOSE O. RODRIGUEZ, | ) | |
| Defendant. | ) | |

I, Jose O. Rodriguez ("Defendant/Movant"), pro se, do hereby declare that I am the Movant in this Case. I am unable to prepay fees for this proceeding, or give security because of my poverty, and believe that I am entitled to the relief that I am requesting -- in good faith. I acknowledge and consent that a portion of any recovery, as directed by the Court, will be paid to the Clerk of the Court (if any), for reimbursement of all fees incurred by me as result of being granted leave to proceed in forma

-1-

232

<u>pauperis</u>.

In support of this application, I make the following declaration under penalties of perjury:

1) I am currently a prisoner in federal custody and have no funds available from any source from which to make payment of the fees necessary for filing in this Court.

2) My federal employment in the taft Correctional Institution pays 12¢ per hour and my total monthly income is less than $10.00.

3) This Court has already reviewed the totality of assets held or in my possession and has determined indigence by providing me with counsel in the previously referenced case number.

4) My circumstances have not changed. I am in need of assistance by the Court. And, since my application is based upon newly established law, by virtue of unconstitutional application of the sentencing process, I seek the Court's assistance in granting relief.

5) There are no assets, property, real or chattel, and no monies of monetary amounts available, or that has been in my custody since incarceration which would make the my circumstances sufficient to warrant imposition of further

1  fees or payments.

3  I declare the foregoing to be true and correct to the
4  best of my knowledge and belief. I make such declaration
5  under penalties of perjury under the laws of the United
6  States, pursuant to 28 U.S.C. § 1746.

8  RESPECTFULLY SUBMITTED THIS 7th day of November, 2005.

*Jose Rodriguez*
Jose O. Rodriguez, Declarant
Appearing herein as pro se