```
JOSE O. RODRIGUEZ
Reg. No.  03561-265
GEO Group, Inc.   TCI
P.O. Box 7001    A2B
Taft, CA  93268-7001
```

FILED

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

Attorney for Defendant
    Jose O. Rodriguez
        [ pro se ]

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL DOCKET NUMBER |
| Plaintiff, ) | Ref: A01-00038 JWS |
| ) | |
| vs. ) | MOTION FOR APPOINTMENT OF COUNSEL |
| ) | |
| JOSE O. RODRIGUEZ, ) | |
| Defendant. ) | |

COMES NOW, Jose O. Rodriguez ("Defendant/Movant"), pro se, and moves this Honorable Court for the appointment of counsel for the Defendant/Movant in the above captioned matter.

Defendant/Movant, makes this request for the reason that he is financiallly unable to retain counsel and requires assistance of counsel.

This motion is supported by the attached declaration and application to proceed in forma pauperis, and the verification

of financial position (by affidavit) in support of tis request for appointment of counsel.

RESPECTFULLY SUBMITTED THIS 7th day of November, 2005.

*Jose Rodriguez*
Jose O. Rodriguez, Defendant
Appearing herein as pro se